# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D17-5326

—————————————————

SHANNON CASTRO,

    Appellant/Cross-Appellee,

v.

JOSE CASTRO,

    Appellee/Cross-Appellant.

—————————————————

On appeal from the Circuit Court for Escambia County.
Darlene F. Dickey, Judge.

January 25, 2019

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

H. E. Ellis, Jr., of Staples, Ellis + Associates, P.A., Pensacola, for Appellant/Cross-Appellee.

R. Stan Peeler of Peeler Law Firm, PLLC, Pensacola, for Appellee/Cross-Appellant.